AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

# CRIMINAL COMPLAINT

**KEVIN LEE SIMON**
**PDID: xxx-xxx**
**DOB: xx/xx/81**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____**SEPTEMBER 15, 2005**_____ in ____**WASHINGTON**____ county, in the

_____ District of _____**COLUMBIA**_____ defendant(s) did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded .380 semi-automatic handgun and ammunition.

in violation of Title ___**18**___ United States Code, Section(s) _____**922(g)(1)**_____.

I further state that I am _____**SERGEANT TIM CORTRIGHT**_____ and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____

Signature of Complainant
**SERGEANT TIM CORTRIGHT**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at      _____**Washington, D.C.**_____
Date                                                                             City and State

_____          _____
Name & Title of Judicial Officer                               Signature of Judicial Officer