## **STATEMENT OF FACTS**

On September 15, 2005 at approximately 3:30 p.m. in the area of 950 block of Eastern Ave, N.E., within the District of Columbia, the undersigned officer observed the defendant, Kevin Simon, operating a Suzuki ATV without a helmet and no license plate. Police subsequently initiated a traffic stop after the defendant tried to escape and the ATV overturned. Officers apprehended the defendant and placed him under arrest. A loaded Bersa Thunder .380 caliber semi-automatic handgun was recovered from the defendant's left front pants pocket. A NCIC check on the ATV revealed that it was reported stolen.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant's car nor the ammunition in it was manufactured in the District of Columbia.

_____
SERGEANT TIM CORTRIGHT
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE